**1150**

**COM.**

v.

**SCHULTZ, P., Jr.**

**313 MDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–54–CR–0000114–2012
CP–54–CR–0000117–2012
CP–54–CR–0000654–2011
CP–54–CR–0000655–2011
(Schuylkill)

Affirmed

**COM.**

v.

**MEHL, R.**

**793 MDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–67–CR–0004500–2013 (York)

Affirmed

**COM.**

v.

**HURDLE, M.**

**959 MDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–36–CR–0003270–1994 (Lancaster)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**BROOKS, D.**

**972 MDA 2016**

Superior Court of Pennsylvania.

04/10/2017

CP–22–CR–0003977–2014 (Dauphin)

Affirmed

